UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MARYEM HADDOUMI and ANDREA VUGEC, on behalf of themselves and others similarly situated,

                      Plaintiffs,

                      Case No.: 18-CV-08651-ER

                      v.

AMBIANCE WINE LLC, d/b/a VELLA WINE BAR, EVGENIA HULDISCH, and VLADISLAV ("BILLY") KARASIK,

                      **NOTICE OF APPEARANCE**

                      Defendants.

------------------------------------------------------------------- x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Elizabeth E. Schlissel of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as an attorney for Defendants, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated:  New York, New York
           December 18, 2018

                      TANNENBAUM HELPERN
                      SYRACUSE & HIRSCHTRITT LLP

                      By:   */s/ Elizabeth E. Schlissel*
                            Elizabeth E. Schlissel
                      900 Third Avenue
                      New York, NY 10022
                      Telephone: (212) 508-6723
                      Facsimile: (212) 371-1084
                      singer@thsh.com
                      *Attorneys for Defendants*

To:    All parties and attorneys of record