# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

February 20, 2019

**VIA ECF**

Hon. Edgar Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:  *Haddoumi, et al v. Ambiance Wine LLC. et al*, 18-cv-8651 (ER)

Dear Judge Ramos,

    We represent Plaintiffs in the above-referenced matter. We write, on behalf of Plaintiffs and Defendants, to respectfully inform the Court that the Parties have reached an agreement in principal to settle this matter. Accordingly, the Parties respectfully request that the Court adjourn the pre-motion conference currently scheduled for February 28, 2019 *sin die*. The Parties propose to send the settlement agreement as well as a motion for settlement approval within 30 days of the date of this letter.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    /s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)