# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

March 25, 2019

**VIA ECF**

Hon. Edgar Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Haddoumi, et al v. Ambiance Wine LLC. et al*, 18-cv-8651 (ER)

Dear Judge Ramos,

We represent Plaintiffs Maryem Haddoumi and Andrea Vugec ("Plaintiffs") in the above-referenced action. We write to respectfully request the Court's assistance in ensuring that Defendants execute the settlement agreement that all Parties have agreed to.

On February 14, 2019, the Parties in this matter attended a Court Ordered mediation at which they successfully resolved the claims in this case.  At the conclusion of the mediation, the Parties entered into a term sheet memorializing the essential terms of the settlement.  Thereafter, the Parties finalized a draft of the settlement agreement which all Parties have agreed to.  Despite the Court's Order that, by March 22, 2019, the Parties submit the agreement and motion for approval, Defendants have not signed the agreement. In our correspondence with Defendants' counsel, they represent that they have not heard from their clients and cannot reach them.

Given the current posture of the case, Plaintiffs respectfully request that the Court Order Defendants to either (a) by March 29, 2019, sign the settlement agreement the Parties have agreed to, or (b) appear in-person at a Conference to address their failure to sign the agreement.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   /s/*Josef Nussbaum*

D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)