# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

September 26, 2019

**VIA ECF**

Hon. Edgar Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Haddoumi, et al v. Ambiance Wine LLC. et al*, 18-cv-8651 (ER)

Dear Judge Ramos,

    We represent Plaintiffs Maryem Haddoumi and Andrea Vugec ("Plaintiffs") in the above-referenced action. Yesterday, the Court scheduled a conference this matter for October 23, 2019.  Unfortunately, I will be travelling on that date and will not be available to appear for the conference. I have conferred with Defendants' counsel and, if the Court's schedule permits it, all Parties are available for a conference the following week on October 29th or 30th. accordingly, we respectfully request that the Court rescheduled the conference on one of those two dates.

    This is our first request for an adjournment and Defendants' counsel consents to this request.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   /s/*Josef Nussbaum*

D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)