UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARYEM HADDOUMI and ANDREA VUGEC, on behalf of themselves and others similarly situated,

                Plaintiffs,

– against –

AMBIANCE WINE LLC, d/b/a VELLA WINE BAR, EVGENIA HULDISCH, and VLADISLAV ("BILLY") KARASIK,

                Defendants.

**ORDER**

18 Civ. 8651 (ER)

---

RAMOS, D.J.

On April 17, 2020, George Benaur filed a notice of appearance as the attorney of record for Defendant Ambiance Wine LLC. Doc. 48. Because Defendant Ambiance Wine LLC is now counseled, the Court directs the parties to submit a joint scheduling order on consent **by the end of day Friday, April 24, 2020**.

It is SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                              Edgardo Ramos, U.S.D.J.